# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT ) | |
| LITIGATION ) | |
| This document relates to: ) | |
| ) | |
| LASHONDA HOWARD, ) | Case No: 1:14-cv-02595 |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE SERVICES, LLC ) | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Lashonda Howard v. Capital One Services, LLC* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: 11/14/14

James F. Holderman
United States District Judge